VALENTI LAW APC
Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Stewart Thompson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART THOMPSON,<br><br>      Plaintiff,<br><br>   vs.<br><br>Nomada Hotel Group LLC; Boys And Girl LLC; and DOES 1-10<br><br>      Defendants. | Case No.: 2:25-cv-00884-JC<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1  Plaintiff STEWART THOMPSON hereby notifies the court that a global
2  settlement has been reached in the above-captioned case and the parties would like
3  to avoid any additional expense and further the interests of judicial economy.
4  Plaintiff therefore applies to this Honorable Court to vacate all currently set dates
5  with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as
6  to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

Respectfully submitted,

DATED:  April 25, 2025                                   VALENTI LAW APC


By:   */s/ Matt Valenti*

Matt Valenti, Esq.
Attorney for Plaintiff
Stewart Thompson

NOTICE OF SETTLEMENT - 2