**JS-6**

1
2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  STEWART THOMPSON, | Case No. 2:25-cv-00884-JC |
| 12                    Plaintiff, | **ORDER DISMISSING ACTION** |
| 13       v. | **[DOCKET NO. 17]** |
| 14  NOMADA HOTEL GROUP LLC, ET AL., | |
| 15 | |
| 16 | |
| 17                    Defendants. | |

18

19     On April 25, 2025, Plaintiff Stewart Thompson filed a Notice of Settlement
20 ("Notice"), stating that a global settlement has been reached in the above-captioned
21 case, and requesting that the Court vacate all currently set dates with the expectation
22 that Plaintiff would file a Notice of Dismissal with prejudice as to all parties pursuant
23 to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.  (Docket No. 17).
24     Having considered the Notice and finding good cause therefor, the Court hereby
25 ORDERS:
26     1.   All deadlines governing this action are VACATED.
27
28

2. The Court DISMISSES the action without prejudice. The Court retains jurisdiction to vacate this Order and to reopen the action within sixty (60) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 60-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a Notice or Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court. Such Notice or Stipulation shall be filed within the aforementioned 60-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: April 25, 2025                              _____/s/_____
                                                   Honorable Jacqueline Chooljian
                                                   UNITED STATES MAGISTRATE JUDGE