Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Stewart Thompson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART THOMPSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>Nomada Hotel Group LLC; Boys And Girl LLC; and DOES 1-10<br><br>　　　　Defendants. | Case No.: 2:25-cv-00884-JC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Stewart Thompson voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  June 17, 2025                                         VALENTI LAW APC

                                        By:  */s/ Matt Valenti*
                                                Matt Valenti, Esq.
                                                Attorney for Plaintiff
                                                Stewart Thompson